**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )          1:07-cv-0839 OWW
                                )
        v.                      )
                                )
EUGENE JOSEPH KOZIOL,           )          ORDER FOR CLERK TO
                                )          CLOSE CASE
                                )
                Defendant       )
_____)

    The petitioner having filed a notice of withdrawal of the petition, it is hereby ordered that this case be statistically closed. IT IS SO ORDERED.

Dated:    July 27, 2007          _____/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE

1